UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 08-10121-GAO

UNITED STATES OF AMERICA,

v.

ERIC L. LEVINE, J. DANIEL LINDLEY, ERNST APPOLON, ANDRE JUNIOR LAMERIQUE, WIDNER LAMARRE, RALPH APPOLON, DANIEL APPOLON, JERMAINE BLAKE, JEAN NORISCAT, SAMUEL JEAN-LOUIS, and LATOYA HALTIWANGER,
Defendants.

ORDER
March 16, 2010

O'TOOLE, D.J.

This order resolves several motions pending before the Court. At the status conference held February 19, 2010, the Court granted, denied, and reserved in part Eric L. Levine's Motion to Compel Discovery from the United States (dkt. no. 234). The only issue remaining is the defendant's request for the Court to order the government to produce any hearsay evidence it intends to offer under Rule 807 of the Federal Rules of Evidence. I now GRANT the motion as to this request. The government is ordered to produce any such evidence so as to provide defense counsel with an adequate opportunity to examine and respond to it. See United States v. Benavente Gomez, 921 F.2d 378, 384 (1st Cir. 1990). The related motions to join by Widner Lamarre (dkt. no. 235), Daniel Appolon (dkt. no. 236), and Ernst Appolon (dkt. no. 237) are also GRANTED.

On reconsideration of the issue of document reproduction, Widner Lamarre's Motion for Leave to Make Copies of Documents Produced in Discovery to Be Used Solely by Counsel in Preparing for Trial (dkt. no. 257) is GRANTED. Notwithstanding any contrary position in the

Protective Order (dkt. no. 278), defense counsel is permitted to make copies of documents produced by the government <u>solely for internal use</u> by counsel. No copies of documents may be disseminated to any other person. The related motions to join by Eric L. Levine (dkt. no. 267) and Ernst Appolon (dkt. no. 272) are GRANTED as well.

    Ernst Appolon's Motion to Continue Trial Date (dkt. no. 271) is DENIED.

    The government's sealed motion (dkt. no. 148) is GRANTED.

    It is SO ORDERED.

                                                  <u>/s/ George A. O'Toole, Jr.</u>
                                                  United States District Judge