UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 08-10121-GAO

UNITED STATES,

v.

ERIC L. LEVINE,
Defendant.

ORDER
August 9, 2011

O'TOOLE, D.J.

On February 1, 2011, the petitioner, Eric L. Levine, filed a notice of appeal from the criminal judgment entered on January 21, 2011. While his appeal was pending, Levine filed a motion to vacate and set aside judgment with this Court pursuant to 28 U.S.C. § 2255. He thereafter moved for the appeals court to hold his appeal in abeyance while his § 2255 petition is adjudicated. The appeals court denied his motion.

"The settled rule in this circuit . . . is that the district court should decline to hear claims for relief based on allegedly ineffective assistance of counsel until the direct appeal is decided, unless 'extraordinary circumstances' are demonstrated." United States v. Diaz-Martinez, 71 F.3d 946, 953 (1st Cir. 1995); accord United States v. Gordon, 634 F.2d 638, 638-39 (1st Cir. 1980). Here, there are no "extraordinary circumstances" warranting consideration of Levine's § 2255 petition while his direct appeal is pending. Levine's motion (dkt. no. 787) is therefore DENIED without prejudice to renewal upon resolution of his appeal.[1]

    It is SO ORDERED                  /s/ George A. O'Toole, Jr.
                                              United States District Judge

---

[1] The government's motion to hold in abeyance (dkt. no. 793) and Levine's request for a hearing (dkt. no. 809) are MOOT. Levine's motion for release pending appeal (dkt. no. 789) is DENIED.